IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM H. CARLSON,<br><br>           Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security;<br><br>           Defendant. | **8:19CV561**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the plaintiff and against the defendant.

Dated this 17th day of November, 2020.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge